FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2024 OCT 24  A 11: 44

CAROL L. MICHEL

**24-    237**

**SECT.A MAG.2**

**FELONY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATION
OF THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** |
| v. | * | **SECTION:** |
| **DARRYL DAVIS** | * | **VIOLATIONS:** 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(8) |

\*   \*   \*

The Grand Jury charges that:

## COUNT 1

On or about August 14, 2024, in the Eastern District of Louisiana, the defendant, **DARRYL DAVIS,** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on February 6, 2011, in the 29th Judicial District Court, State of Louisiana, Docket Number 13-471, for felon in possession of a firearm, in violation of Louisiana Revised Statute 14:95.1; and a conviction on September 22, 2020, in the 29th Judicial District Court, State of Louisiana, Docket Number 20-023, for aggravated battery, in violation of Louisiana Revised Statute 14:34, did knowingly possess a firearm, to wit: a Glock Model 43X, 9mm semi-automatic pistol, bearing serial number BHVX915, said firearm

✓ Fee  USA
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc.No. _____

having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **DARRYL DAVIS,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm, or ammunition involved in or used in the commission of said offense, including but not limited to the following:

> Glock Model 43X, 9 mm semi-automatic pistol, bearing serial number BHVX915, and ammunition.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll Number 20896

New Orleans, Louisiana
October 24, 2024

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

## THE UNITED STATES OF AMERICA

vs.

## DARRYL DAVIS

### INDICTMENT FOR VIOLATION OF THE FEDERAL GUN CONTROL ACT

VIOLATIONS:   18 U.S.C. § 922(g)(1)
              18 U.S.C. § 924(a)(8)

Filed in open court this _____ day of ___
_____ A.D. 2024.

_____
                Clerk

Bail, $ _____

_____
GREGORY M. KENNEDY
Assistant United States Attorney